LAND ESTATES, INC., v. HANNAH COHN and Others, Appellants, Impleaded, etc.

HENRY BRADY, Receiver, Respondent.— Motion dismissed, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.